Euphemia N. Thomopulos, SBN 262107
EThomopulos@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

*Counsel for Defendants*
ON Semiconductor Corp., a Delaware corporation,
and Semiconductor Components Industries, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ON SEMICONDUCTOR CORPORATION, and SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C., <br><br> Plaintiffs, <br> v. <br><br> HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR MANUFACTURING AMERICA, INC., ELPIDA MEMORY, INC., ELPIDA MEMORY (USA) INC., NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY-TEXAS L.L.C., NANYA TECHNOLOGY CORPORATION, USA, HITTITE MICROWAVE CORPORATION, <br><br> Defendants., <br><br> Defendants. | Case No. C 5:10-04687 JF <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

02347.51742/3893473.1                    1
[PROPOSED] ORDER GRANTING  STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No. C 5:10-04687 JF

1  **PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED**:

2      The claims and counterclaims of ON Semiconductor Corporation, Semiconductor
3  Components Industries, L.L.C., Hynix Semiconductor Inc., Hynix Semiconductor America Inc.,
4  Hynix Semiconductor Manufacturing America Inc., Elpida Memory, Inc., Elpida Memory (USA)
5  Inc., Nanya Technology Corporation, Nanya Technology-Texas LLC, Nanya Technology
6  Corporation, USA and Hittite Microwave Corporation (collectively, the "Stipulating Parties"),
7  asserted or assertable in this case, have been settled and are hereby dismissed with prejudice.
8  This Court has jurisdiction over the parties and over the subject matter of this dispute, and shall
9  retain continuing subject matter and personal jurisdiction for the purposes of construing or
10 enforcing the terms of this Stipulation For Dismissal or for resolving any dispute arising
11 thereunder.  Each Stipulating Party shall bear its own costs and attorney's fees.

_____
Hon. Jeremy Fogel, U.S.D.J.

Date:   1/6/11 _____